UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. No. 2:07-00436-LKK |
| v. | ) |
| MARSHALL LYNN McCARTER | ) |
| | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          () Ad Testificandum

Name of Detainee:     MARSHALL LYNN McCARTER
Detained at (custodian): Rio Cosumnes Correctional Center
Detainee is:         a.)     (X) charged in this district by:  (X) Indictment  () Information  () Complaint
                              charging detainee with: 18 U.S.C. § 922(g)(1)
      or      b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     () return to the custody of detaining facility upon termination of proceedings
      or      b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence
                           is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: *[signature]*
Printed Name & Phone No:    SEAN C. FLYNN         Tel: 916-554-2700
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum          () Ad Testificandum

        The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 10/9/07

*[signature]*
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male | |
| Booking or CDC #: | 09213287 | DOB: | |
| Facility Address: | Rio Cosumnes Correctional Center | Race: | African-American |
| | 12500 Bruceville Road | FBI #: | |
| | Elk Grove, California 95757 | | |
| Facility Phone: | (916) 874-1927 | | |
| Currently Incarcerated For: | PC 3056 - Violation of Parole | | |

**RETURN OF SERVICE**

Executed on _____     By: _____
                                                                      (Signature)