```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARSHALL LYNN MACCARTER
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,      ) No. CR-S-07-436 LKK
                                   )
13              Plaintiff,         )
                                   )   ORDER AFTER HEARING
14       v.                        )
                                   )
15  MARSHALL LYNN MCCARTER,        )
                                   )
16                                 ) Judge: Hon. Lawrence K. Karlton
                Defendant.         )
17  _____)
18
```

19      This matter came before the Court for Status Conference on October
20 30, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S.
21 District Court Judge.  The government was represented by its counsel,
22 Assistant United States Attorney Sean Flynn.  Defendant Marshall Lynn
23 McCarter was present in custody, and was represented by his counsel,
24 Chief Assistant Federal Defender Linda Harter.
25      Defense counsel requested that the matter be set for further
26 status conference on December 4, 2007 at 9:30 a.m.
27      The parties agreed on the need for additional time to allow time
28 for defense preparation.

1      IT IS HEREBY ORDERED that this matter be set for further Status
2 Conference on December 4, 2007 at 9:30 a.m..
3      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
4 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
5 from October 30, 2007 to and including December 4, 2007 is excluded
6 from the time computations required by the Speedy Trial Act due to
7 ongoing preparation of counsel.
8 DATED: October 31, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28