1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar # 179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARSHALL LYNN MACCARTER
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) No. CR-S-07-436 LKK
                                    )
13              Plaintiff,          )        AMENDED
                                    )   ORDER AFTER HEARING
14      v.                          )
                                    )
15 MARSHALL LYNN MCCARTER,          )
                                    )
16                                  ) Judge: Hon. Lawrence K. Karlton
                Defendant.          )
17 _____ )

18

19      This matter came before the Court for Status Conference on

20 December 4, 2007, in the courtroom of the Honorable Lawrence K.

21 Karlton, U.S. District Court Judge.  The government was represented by

22 its counsel, Assistant United States Attorney Sean Flynn.  Defendant

23 Marshall Lynn McCarter was present in custody, and was represented by

24 his counsel, Chief Assistant Federal Defender Linda Harter.

25      Defense counsel requested that the matter be set for further

26 status conference on January 3, 2008 at 9:30 a.m.

27      The parties agreed on the need for additional time to allow time

28 for defense preparation.

1        IT IS HEREBY ORDERED that this matter be set for further Status

2   Conference on January 3, 2008 at 9:30 a.m..

3        IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161

4   (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period

5   from December 4, 2007 to and including January 3, 2008 is excluded from

6   the time computations required by the Speedy Trial Act due to ongoing

7   preparation of counsel.

8   DATED: December 7, 2007

9

10

11                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
12                              UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28