```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARSHALL LYNN MCCARTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-436 LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| MARSHALL LYNN MCCARTER, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Status Conference on February 20, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Sean Flynn. Defendant Marshall Lynn McCarter was present in custody, and was represented by his counsel, Chief Assistant Federal Defender Linda Harter.

Defense counsel requested that the matter be set for further status conference on March 4, 2008 at 9:30 a.m.

The parties agreed on the need for additional time to allow time for defense preparation.

1   IT IS HEREBY ORDERED that this matter be set for further Status
2 Conference on March 4, 2008 at 9:30 a.m..
3   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
4 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
5 from February 20,2008 to and including March 4, 2008 is excluded from
6 the time computations required by the Speedy Trial Act due to ongoing
7 preparation of counsel.
8 DATED: February 26, 2008

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28